FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JASON SCHAR,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 3:26-CV-00584-JDA<br><br>MAGISTRATE JUDGE<br>JENNIFER DOWDELL ARMSTRONG |

ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be reversed and remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). *See Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th Cir. 2026). This case is being remanded on the merits to permit the Administrative Law Judge to further evaluate the opinion evidence. On remand, the ALJ will further consider the Plaintiff's claim, take any further action necessary to complete the administrative record including offering Plaintiff the opportunity for a new hearing, and issuing another decision.

Date: September 3, 2026 Entered: /s/Jennifer Dowdell Armstrong